Morse Mehrban, Esq. (SBN 169082)
LAW OFFICES OF MORSE MEHRBAN
A Professional Corporation
609 S. Westmoreland Avenue, Second Floor
Los Angeles, CA 90005
Telephone: (213) 382-3821
Facsimile: (213) 380-8703

Attorneys for Plaintiff,
Laurence D.M. Marshall

FILED
2005 MAY 19  A 10: 08
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
_____
           DEPUTY

LODGED
MAY 1 6 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | | |
|---|---|---|
| LAURENCE D.M. MARSHALL, | ) | Case No. 1:05-CV-00367-OWW |
| | ) | |
| Plaintiff, | ) | REQUEST FOR DISMISSAL; |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| RALPHS GROCERY COMPANY | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff in this action through its designated counsel hereby dismisses the second cause of action of above-captioned action, with prejudice, pursuant to FRCP 41 (a) (1).

Dated: May 11, 2005          LAW OFFICES OF MORSE MEHRBAN

                             By: _____
                                 Morse Mehrban, Esq.
                                 Attorneys for Plaintiff,
                                 Laurence D.M. Marshall

- 1 -
Request for Dismissal

1 | IT IS HEREBY ORDERED.

2 | Dated: 5-18-05       JUDGE OF THE FEDERAL COURT

By: _____
         Judge

## PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to this case. I am a resident of or employed in the county where the mailing occurred. On this date, I served the **Request For Dismissal; Order** by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with first class postage fully prepaid.

Place of mailing: Los Angeles, CA
Name and address of each person to whom document was mailed:

Bill Trang
GREENBERG TRAURIG, LLP
650 Town Center Dr., Ste. 1700
Costa Mesa, CA 92626

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 11, 2005

Greg Lewis